182 So. 80

**Oscar MOONEYHAM et al. v. STATE.**

**4 Div. 41.**

Supreme Court of Alabama.

June 9, 1938.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

Millard I. Jackson, of Clayton, opposed.

BOULDIN, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mooneyham et al. v. State, 182 So. 78.

Writ denied.

ANDERSON, C. J., and FOSTER and KNIGHT, JJ., concur.